UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBIN RENEE MATHIAS,<br><br>            Plaintiff,<br><br>    v.<br><br>FIAT CHRYSLER AUTOMOBILES, NV ("FCA"), et al.,<br><br>            Defendants. | Case No.  5:16-cv-01185-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' joint statement filed on July 14, 2016 (Dkt. No. 49), the orders as follows:

1. Any dispute with respect to the disclosures mandated by Federal Rule of Civil Procedure 26, including the issue of whether or not those disclosures should be provided, is REFERRED to the assigned magistrate judge.

2. In light of the pending motions and the fact the case is not yet at issue, the Case Management Conference scheduled for July 21, 2016, is CONTINUED to **10:00 a.m. on October 27, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **October 20, 2016.**

**IT IS SO ORDERED.**

Dated: July 15, 2016

EDWARD J. DAVILA
United States District Judge